No. 366. CARPENTER *v.* HUDSPETH, WARDEN. October 21, 1940. Petition for writ of certiorari to the Circuit

Court of Appeals for the Tenth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Leo Carpenter, pro se.*